[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13891
Non-Argument Calendar
_____

D.C. Docket No. 9:12-cr-80046-RNS-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUL DELTORO,
a.k.a. Mark,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 24, 2015)

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Richard F. Della Fera, appointed counsel for Raul Deltoro in this direct criminal appeal has filed a motion to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Deltoro's convictions and sentences are **AFFIRMED**.